ALFRED C. DECKER, Respondent, v. STATEN ISLAND RAPID TRANSIT

RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, upon authority of *Pollack* v. *Staten Island Rapid Transit R. Co.* (187 App. Div. 832), decided herewith. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.